# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 4, 2020

160819

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

MBK CONSTRUCTORS, INC.,
   Plaintiff/Counterdefendant-
   Appellee,

v

LISA LIPCAMAN,
   Defendant/Counterplaintiff-
   Appellee,

and

GERDA LIPCAMAN,
   Defendant/Counterplaintiff-
   Appellant.

SC: 160819
COA: 344079
Washtenaw CC: 15-001232-CH

_____/

   On order of the Court, the application for leave to appeal the October 29, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 4, 2020



Clerk

b1028